UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SHENZHEN TUOZHU TECHNOLOGY
CO., LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBU LAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.,

           **Plaintiffs,**

       -against-

MAKERBOT INDUSTRIES LLC,

           **Defendant.**

-------------------------------------------------------------------X

25-MC-00550 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/5/2026

**SARAH NETBURN, United States Magistrate Judge:**

      The conference scheduled for Wednesday, January 7, 2026, is RESCHEDULED for Wednesday, January 14, 2026, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

DATED:     January 5, 2026
             New York, New York

_____
SARAH NETBURN
United States Magistrate Judge