**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/15/2026

SHENZHEN TUOZHU TECHNOLOGY
CO., LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBU LAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.,

                    **Plaintiffs,**

        **-against-**

MAKERBOT INDUSTRIES LLC,

                    **Defendant.**

------------------------------------------------------------------X

**25-mc-00550 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a discovery conference on Wednesday, January 14, 2026, to discuss Plaintiffs' Motion to Compel. As discussed during the conference, after the deposition scheduled for January 15, 2026, the parties are directed to meet and confer regarding Plaintiffs' discovery demands. By no later than Friday, January 23, 2026, the parties are ORDERED to file a joint letter (not to exceed five pages) identifying any outstanding discovery disputes that remain following the meet and confer process.

**SO ORDERED.**

                                     _____
                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:     January 15, 2026
             New York, New York