USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHENZHEN TUOZHU TECHNOLOGY
CO., LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBU LAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.,

                     **Plaintiffs,**

          -against-

MAKERBOT INDUSTRIES LLC,

                      **Defendant.**
-------------------------------------------------------------------X

25-mc-00550 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiffs move to compel discovery. At least in part, the motion appears to be premature because Defendant has agreed to produce responsive documents. Consistent with Defendant's commitment, it shall produce, or make available for inspection, "all of its existing source code, including closed-source code" and "run additional searches for MakerBot's documents on open-source software topics." ECF No. 25. Production shall be made by February 5, 2026.

With respect to such searches, Defendant has refused to provide the search terms it is using to locate responsive documents. Defendant does not offer a legitimate reason for withholding this information, and it is routinely provided in this District to reduce – not increase – discovery disputes. Accordingly, Defendant shall share its search terms with the Plaintiffs forthwith. If warranted, the parties may file a status letter on any outstanding disputes by Monday, February 9, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     January 29, 2026
             New York, New York